**Mildred LARKIN, Appellee,**

v.

**SEARS, ROEBUCK AND COMPANY, Self-Insured Employer, Appellant.**

**No. 55464.**

Supreme Court of Iowa.

March 27, 1974.

Rehearing Denied April 18, 1974.

Robert E. Dreher and Anna I. Shinkle, Des Moines, for appellant.

Fred D. Huebner and E. J. Giovannetti, Des Moines, for appellee.

PER CURIAM.

The members of the court taking part in the decision of the foregoing case being equally divided the same is affirmed without opinion by operation of law.

MASON, RAWLINGS, UHLEN-HOPP, and McCORMICK, JJ., for affirmance.

MOORE, C. J., and LeGRAND, REES and HARRIS, JJ., for reversal.

REYNOLDSON, J., takes no part.